1  Hussain D. Vahidallah Ph.D., FICPP
   7505 Gayneswood way San Diego CA 92139
2  Tel & Fax (619) 479-4212

FILED
08 MAY -9 PM 12:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

3                UNITED STATES DISTRICT COURT

4                SOUTHERN DISTRICT OF CALIFORNIA

5

6  Hussain D. Vahidallah              )  Case No. '08 CV 0843 L JMA
                                      )  Complaint
7           Plaintiff,                )  Motion for Misrepresentation, discrimination and
                                      )  violation of the Americans with Disabilities Act
8       vs.                           )  ("ADA")..
                                      )
9  Center for Medicare and Medicaid Service-CMS )
                                      )
10 7500 Security Blvd Baltimore MD    )
                                      )
11 21244-1850                         )
                                      )
12 (410) 786-0727                     )
                                      )
13 Defendant

14  _____

15

16  To the United States District Court, of Southern California, comes now, Hussain D. Vahidallah, called "plaintiff."

17  And Center for Medicare called Defendant.

18  With all my respects to the Federal Court Plaintiff Hussain D. Vahidallah alleges: I went to small claim they said

19  this case defendant are Federal and small claim does not have jurisdiction for Federal case go to Federal Court. I am

20  disabled and received disability I am on Medicare insurance and all the time Medicare and Medical

21  pay may medicine through Medicare, even part of physical year 2006 but year 2007 Medicare refused. I did call

22  Social Security and they research and said and written you qualify for zero pay. I call Medicare many time they

23  ignored or refused me and Social Security sent to me these documents. Please see enclosed.

24  Where a plaintiff appears in pro se in a civil rights case, the court must construe the

25  Pleadings liberally and afford the plaintiff any benefit of the doubt. Karim-Panahi v. Los Angeles Police Dept.,

    839F. 2 2d 621 at 623 (9th Cir. 1988). The Rule of liberal construction is "particularly important in civil

1  rights case."Ferdik V. Bonselet, 963 F. 2d 1258, 1261 (9th Cir. 1992). In giving liberal interpretation to a pro se civil

2  rights complaint, however, the court may not "supply essential elements of claims that were not initially pled." Ivey v.

3  Board of Regents of the University o f Alaska, 673 F.2d 266, 268 (9th Cir. 1982).

4  To set up a prima face case under 42 U.S.C. § 1983 plaintiff alleged (1) the action complained of

5  occurred"under color of law," and (2) the action resulted in deprivation of a constitutional right or a federal statutory

6  right.Azer v. Connell, 306 F. 3d 930, 935 (9th Cir. 2002); McDade v. West, 223 F. 3d 1135, 1139(9th Cir. 2000)

7  (citingParatt v. Williams, 474 U.S. 327, 330-31 (19860)). Such conclusory allegations fail to state a claim for violation

8  of § 1983. Jones, 733 F. 2d at 649 .

## Claim under 42 U.S.C. § 1983

Section 1983 imposes liability upon any person who, acting under color of state law, deprives another of a Federally protected right. 42 U.S.C. § 1983 (1982). "To make out a cause of action under section 1983, Plaintiffs Must Plead that (1) the defendants acting under color of state law (2) deprived plaintiffs of rights secured by the Constitution or Federal statutes." Gibson v. United State, 781 F.2d 1334, 1338 (9th Cir. 1986).[**6]

Therefore, Defendants violated § 1983 by depriving plaintiff of the Federal statutory rights provided by § 1981.Defendant violated § 1983 by discriminating against plaintiff due to his disability, which deprived Plaintiff Of his rights under the ADA. Plaintiff alleged extra adequately that Defendant took action resulting in a deprivation of a constitutional or federal statutory right. Plaintiff assert any facts showing how the discrimination entered into any of Defendant actions or decisions . Plaintiff alleged that Defendants breached the contract as a result of discrimination based on my disability .Plaintiff made clearly actions and decisions were infected by discrimination

**Violation of 42 U.S.C.§ 1983**

Plaintiff alleging in the original complaint's § 1983 claim. To establish a prima face case under § 1983 plaintiff assert (1) the action complained of occurred <u>"under color of law"</u> and (2) the action resulted in a deprivation of a constitutional right or <u>a federal statutory right</u>. Azer v. Connell, 306 F.3d 935 (9th Cir. 2002) (citing McDade v. Wes, 223 F. 3d 1135, 1139(9th Cir. 2000)).

Plaintiff assert my Federal right which were violated are civil right act 1964 (42 U.S.C.1981). That mean is Defendant's violated § 1983 deprived plaintiff Federal statutory right provided by § 1981.

1  I am respectfully request penalty damage   for year 2006 and 2007 which I paid  $ 1440 **and no drug – Co –**

2  **payments.**I declare under penalty of perjury that the above is true and correct.

3

4

5    Hussain D. Vahidallah Ph.D., FICPP    Date November    , 2005

6

7

8                                             Dated May 9, 2008

## Small Claims Referral

Date: 3-27-08   Time: 2:33

Clerk: *ay*

✓ _____ Legal Advisor – Initial _____

_____ Lobby (Telephone)

_____ Sheriff

_____ Bank

_____ Other _____

_____

_____

_____

_____

SDMC-383(REV. 09-00)

# Social Security Administration
# **Medicare Prescription Drug Assistance**
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: April 22, 2007
Social Security Number: 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

0000010793  ******AUTO** MIXED AADC 350

HUSSAIN VAHIDALLAH
7505 GAYNESWOOD WAY
SAN DIEGO CA 92139-1328

On April 6, 2007, you submitted an Application for Help with Medicare Prescription Drug Plan costs. You are automatically eligible for extra help with Medicare prescription drug plan costs because you receive Supplemental Security Income, Medicaid, or participate in the Medicare Savings Program. We do not need to process your application.

**If You Have Any Questions**

For information about the Medicare prescription drug plans or other Medicare issues, visit www.medicare.gov on the Internet or call toll-free 1-800-MEDICARE (1-800-633-4227). If you are deaf or hard of hearing, you may call the Medicare TTY number toll-free at 1-877-486-2048.

For information about the extra help with the costs related to the Medicare prescription drug plans or general information about Social Security, visit our website at www.socialsecurity.gov on the Internet. You may also call Social Security toll-free at 1-800-772-1213. If you are deaf or hard of hearing, you may call our TTY number toll-free at 1-800-325-0778. We can answer most questions by phone.

If you do call, please have this letter with you. It will help us answer your questions.



Peter D. Spencer
Regional Commissioner

P. O. Box 9282
Oxnard, CA 93031-9282

00067

# UniCare.



#BWNCQXF
#CALPH00100000009#
HUSSAIN VAHIDALLAH
7505 GAYNESWOOD WAY
SAN DIEGO CA 92139

Date:              2/23/2007
Member Name:       HUSSAIN VAHIDALLAH
Medicare Number:   529A21198
Case Number:       515562
Provider Name:     BRAVERMAN, IRA R MD INC
Provider Fax:      6194796750

**Notice of Approval of Medicare Prescription Drug Coverage**

Dear HUSSAIN VAHIDALLAH:

We have approved coverage of the following prescription drug(s) that you or your physician requested: The request for AVANDIA is approved from 2/22/2007 to 2/22/2008 for # 60 per 30 day supply.

This is a decision about payment for pharmacy services. You and your doctor should always decide which treatment, medicine, or service is right for you. If you have any questions, direct them to the toll free number: 1-800-928-6201. If you have a hearing or speech impairment, please call us at: TTY: 1-877-247-1657. Hours of operation are Monday through Friday 5:00 AM to 6:00 PM Pacific time.

This information is being provided for general information purposes only and is not the practice of medicine or the substitute for the independent medical judgment of a treating physician, only a treating physician can determine what medications are appropriate for a patient. Inclusion or exclusion of medications on the UniCare Formulary is not the practice of medicine. Please refer to the applicable plan for more information on plan benefits, conditions, limitations and exclusions. If the health plan is provided on a self-funded basis by the member's employer, claims are administered by either of the following companies: UniCare Life & Health Insurance Company or UniCare Health Plans of Texas, Inc. If the member's health plan is insured or health maintenance organization coverage, the coverage is provided by one of the following companies: UniCare Life & Health Insurance Company, UniCare Health Insurance Company of the Midwest (IN and IL only), UniCare Health Plans of the Midwest, Inc. (HMO in IN and IL only), UniCare Health Insurance Company of Texas (TX only) or UniCare Health Plans of Texas, Inc. (HMO in TX only). ® Registered Mark of WellPoint, Inc.
Pharmacy benefit management services provided by Professional Claim Services, Inc. dba WellPoint Pharmacy Management.
Approved OMB #0938-NEW

L0280

P.O. BOX 1097
NORTHRIDGE CA 91328-1097

April 21, 2008

HUSSAIN D VAHIDALLAH
7505 GAYNESWOOD WAY         18547
SAN DIEGO CA 92139-1328

Re: Important Account Information for Account Number: 492-387820-5.
Current Balance: -$132.09

~~-165.09~~

Dear Valued Customer:

We recently notified you about overdraft activity on your account (see the account number and amount above). Our records show your account has remained overdrawn for the past 5 days. If you've already made a deposit of available funds to bring your account to a positive balance, thank you! Simply throw this notice away. If not, please visit your local Washington Mutual Financial Center to make a deposit, or call us at 1-800-788-7000 to transfer funds from another eligible Washington Mutual account.

Unfortunately, if your account is still overdrawn 5 days from the date on this letter, we will stop honoring your requests for withdrawal from this account; this would include, for example (if offered on your account), payments, withdrawals or transfers via check, ATM, debit card, online banking, telephone or ACH.

We don't want this to happen, so please make a deposit today. Please give us a call if you have any questions. We're available seven days a week at 1-800-788-7000.

Thank you for taking care of this.

Sincerely,

Washington Mutual Bank, FA

**BANKRUPTCY NOTICE**
IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

Deposits are FDIC Insured

DDA 89 5 DAY

Form CS50009F 017981

COLR0546 7782 0004 NNOR    07 080422 PAGE 00001 OF 00001 ODNSFL2 00018547

P.O. BOX 1097
NORTHRIDGE CA 91328-1097

April 25, 2008

HUSSAIN D VAHIDALLAH
7505 GAYNESWOOD WAY     45997
SAN DIEGO CA 92139-1328

Re: Important Account Information for Account Number: 492-387820-5.
Current Balance: -$165.09

We recently notified you about the overdrawn balance on your account (see the account number and current balance above). Our records show your account has remained overdrawn for the past 10 days. Maybe you've already made a deposit of available funds, eliminating any overdrawn balance - if so, thanks! You can disregard this notice. If not, there's more information you need to know.

Because you're still overdrawn, <u>we've stopped honoring your requests for withdrawal from this account</u>; this includes, for example (if offered on your account), payments, withdrawals or transfers via check, ATM, debit card, online banking, telephone or ACH. Please call us at 1-800-788-7000 to arrange a transfer from another eligible Washington Mutual account, or visit any Washington Mutual Financial Center to make a deposit of immediately available funds.

Unfortunately, if your account continues to be overdrawn, we will close your account and may report this situation to a consumer reporting agency. We'd like to avoid this by having you eliminate this overdrawn balance. Your account is important to us, so please contact us. Visit us online at wamu.com, or call us at 1-800-788-7000 to arrange a transfer. If you have any questions, our telephone bankers are available seven days a week.

Sincerely,

Washington Mutual Bank, FA

**BANKRUPTCY NOTICE**
IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

DDA 89 10 DAY

Deposits are FDIC Insured

Form CS50009G 014559

COLR0546 7782 0004 NNGR   07 080426 PAGE 00001 OF 00001 ODNSFL2 00045997

**THIS IS NOT A BILL. Keep this notice for your records.**

Plan Name: MedicareRx Rewards Value                     Member ID Number: 529A21198

Explanation of Benefits

For period beginning 03/01/2008 and ending 03/31/2008

| Dates of Service(***) | Name of Drug(*) | Quantity Dispensed | Cost of Prescription | Amount Paid by Plan | Amount Paid by You | Notes(**) |
|---|---|---|---|---|---|---|
| 03/03/2008 | GLIMEPIRIDE TAB 4MG | 60.000 | $14.40 | $4.40 | $1.05 | |
| 03/03/2008 | FLUOCINONIDE OIN 0.05% | 60.000 | $14.87 | $4.87 | $1.05 | |
| 03/03/2008 | AMITRIPTYLIN TAB 10MG | 30.000 | $3.35 | $0.00 | $1.05 | |
| 03/03/2008 | PLAVIX TAB 75MG | 30.000 | $131.38 | $86.38 | $3.10 | |
| 03/06/2008 | SIMVASTATIN TAB 40MG | 30.000 | $20.91 | $10.91 | $1.05 | |
| 03/07/2008 | METFORMIN TAB 1000MG | 60.000 | $13.70 | $3.70 | $1.05 | |
| 03/12/2008 | LANTUS INJ 100/ML | 10.000 | $81.42 | $36.42 | $3.10 | |
| 03/12/2008 | AVAPRO TAB 300MG | 30.000 | $68.12 | $0.00 | $3.10 | |
| 03/19/2008 | HYDROCORT CRE 1% | 28.400 | $4.92 | $0.00 | $3.10 | |
| 03/24/2008 | SIMVASTATIN TAB 80MG | 30.000 | $22.47 | $12.47 | $1.05 | |
| | TOTAL | | $159.15 | | $18.70 | |

(* Denotes a drug that is covered under an enhanced alternative plan and is not generally covered in a Medicare Prescription Drug Plan. Any payments paid for these drugs do not help you move through the benefit or qualify for catastrophic coverage.)

(** This amount includes any extra help you get to pay for your drugs. Low Income Subsidy payments are indicated with an "L")

(*** Denotes a reprocessed claim. We did an audit of your claims and found some that required adjustment. The amounts shown here reflect the corrected amounts. If it is determined that you are due a refund, you will receive further communication.)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

HUSSAIN D VAHIDALLAH )
)
)
**Plaintiff** )
)
vs. )
)
Centeral for Medicare & Medicaid Services-CMS )
7500 Security Blvd Blitmore MD )
21244-1850 )
)
**Defendant** )

NO. _____

DECLARATION OF SERVICE

Person served:

__Monul__

Date served:

_____

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

_____

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the _____ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on __National City__

_____
_____
_____

Executed on __May 8, 2008__, 200_ at San Diego, California

_Manuel M. Dula_ (signature)

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HUSSAIN D. VAHIDALLAH

**DEFENDANTS**
Center for Medicare & Medicaid Service - CMS
7500 Security Blvd, Baltimore MD

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

08 CV 0843 L JMA

(c) Attorney's (Firm Name, Address, and Telephone Number) **Pro Se**
7505 GraynesWood Way SD CA 92139

Attorneys (If Known) **I dydo Hot know**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☒ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: **42 USC §1395**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE **5/9/2008**
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR