UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSAIN D. VAHIDALLAH,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>CENTER FOR MEDICARE AND<br>MEDICAID SERVICE - CMS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08cv843-L (JMA)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS* |

　　　Plaintiff Hussain D. Vahidallah filed a complaint claiming that Defendant denied him Medicare benefits in violation of the Americans with Disabilities Act. Concurrently he filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is **DENIED**.

　　　All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration is incomplete. For example, Plaintiff has not provided all the information requested in items no. 2, 4, 6, 7 and 9.

1  Plaintiff's IFP Motion is therefore **DENIED**, and the complaint is **DISMISSED**
2  without prejudice. Pursuant to this order, Plaintiff is granted 60 days' leave to pay the
3  filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to submit the
4  required information regarding his financial status. **IF PLAINTIFF CHOOSES TO**
5  **FILE ADDITIONAL INFORMATION REGARDING HIS POVERTY, HE MUST**
6  **ATTACH A COPY OF THIS ORDER.**
7  **IT IS SO ORDERED**.

9  DATED: May 12, 2008

        M. James Lorenz
        United States District Court Judge

12 COPY TO:
13 HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
14
   ALL PARTIES/COUNSEL