**PLAINTIFF/PETITIONER/MOVANT'S NAME**
HUSSAIN D. YAHIDALLAH

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

7505 Gaynerswood way SD CA 92139
**ADDRESS**

FILED
08 JUN -6 PM 2: 03
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF ...
BY: ___ DEPUTY

# United States District Court
## Southern District Of California

HUSSAIN D. YAHIDALLAH
_____,
Plaintiff/Petitioner/Movant

v.

Center for Medicare & Medicaid
Service - CMS   Defendant/Respondent
7500 Security BLvd BLvd Baltimor MD
21244-1850

Civil No. 08 CV 843 L JMA
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☑ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?         ☐ Yes ☑ No
   Do you receive any payment from the institution?  ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                              H:\CIV-67.wpd

CR

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. UNIversity Hospital Tampa, Florida $4 for hours part time

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends     ☐ Yes ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes ☒ No
   d. Disability or workers compensation                 ☒ Yes ☐ No
   e. Social Security, disability or other welfare       ☒ Yes ☐ No
   e. Gifts or inheritances                              ☐ Yes ☐ No
   f. Spousal or child support                           ☐ Yes ☐ No
   g. Any other sources                                  ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. disability $430 Social S. $400

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): Washington Mutual Bank
   b. Present balance in account(s): I own them 3 or 4 time they give me notice

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: toita   Year: ____   Model: toral I but 3 year ago $150
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes   ☐ No
   If "Yes" describe the property and state its value. I have one House has LIH fro government & goverment State pay my tax

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 0

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): I do have many colcHuH egence

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): 0

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I received Social S. & disablit X

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/~~17/2~~008
6/6/2008
DATE

[signature] S. D. Ellen
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____   _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION


_____
OFFICER'S FULL NAME (PRINTED)


_____
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____          _____
            DATE                                    SIGNATURE OF PRISONER

1  Hussain D. Vahidallah Ph.D., FICPP
   7505 Gayneswood way  San Diego CA 92139
2  Tel & Fax (619) 479-4212

3                     UNITED STATES DISTRICT COURT

4                     SOUTHERN DISTRICT OF CALIFORNIA

5

6  Hussain D. Vahidallah                )   Case No. 08 CV 0843 L JMA
                                         )
7           Plaintiff,                   )   MOTION FOR COMPLETE IN FORMA PAUPERIS
                                         )   ("IFP").
8      vs.                               )
                                         )
9  Center for Medicare and Medicaid Service-CMS  )
                                         )
10 7500 Security Blvd Baltimore  MD      )
                                         )
11 21244-1850                            )
                                         )
12 (410) 786-0727                        )
                                         )
13 Defendant

14 _____

15

16 To the United States District Court, of Southern California, comes now, Hussain D. Vahidallah, called "plaintiff."

17 And Center for Medicare called Defendant.

18 With all my respects to the Federal Court Plaintiff Hussain D. Vahidallah alleges: In forma pauperis pursuant to 28

19 U.S.C.§ 1915 (a). See Rodriguez v. Cook, 169 F. 3d 1176, 117(9th Cir.1999). Plaintiff is a low-income disabled

20 individual I am qualified for the Zero % Deferred.

21

22 . I declare under penalty of perjury that the above is true and correct.

23 [signature]

24

25 Hussain D. Vahidallah Ph.D., FICPP    Date June 6, 2008

Summary of Pleading - 1

|  |  |
|---|---|
| HUSSAIN D. VAHIDALLAH,<br><br>                     Plaintiff,<br>vs.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICE - CMS,<br><br>                     Defendant. | CASE NO. 08cv843-L (JMA)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff Hussain D. Vahidallah filed a complaint claiming that Defendant denied him Medicare benefits in violation of his rights under the Americans with Disabilities Act. Plaintiff did not pay the $350 filing fee. All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's initial motion to proceed *in forma pauperis* ("IFP") was denied by order filed May 12, 2008, because his declaration in support of the motion was largely incomplete. The complaint was dismissed without prejudice and Plaintiff was granted 60 days' leave to pay the requisite filing fee or submit the required information regarding his financial status. On May 29, 2008, Plaintiff

1 filed a document purporting to be his renewed IFP motion captioned "Proceed *in forma*
2 *pauperis* Pursuant to 28 U.S.C. § 1915(a)." For the reasons which follow, Plaintiff's
3 motion to proceed IFP is **DENIED**.

4     Plaintiff's renewed IFP motion appears to be his amended complaint. Attached to it
5 are copies of the caption pages of two orders from cases Plaintiff had previously filed in
6 this district. The court notes that in Vahidallah v. San Diego Housing Commission *et al.*,
7 case no. 07cv371-JM (CAB), Plaintiff's IFP motion was initially denied because, as in the
8 instant case, Plaintiff failed to provide the requisite information regarding his financial
9 status. (*See* Order Denying Motion to Proceed *in Forma Paupers*, filed Mar. 5, 2007.) His
10 renewed motion was granted on May 14, 2007, after he provided additional financial
11 information. In Vahidallah v. Professional Examination Service, case no. 03cv1800-J
12 (AJB), Plaintiff's IFP motion was granted on October 29, 2003.

13     Prior orders granting Plaintiff IFP status are not relevant for purposes of his present
14 motion, particularly because the most recent order is more than a year old. Furthermore,
15 none of the documents attached to Plaintiff's renewed motion provide the financial
16 information which was missing from Plaintiff's initial motion.

17     Accordingly, Plaintiff's renewed IFP motion is **DENIED** and the complaint is
18 **DISMISSED** without prejudice. Plaintiff is granted 60 days' leave to pay the filing fee
19 required to maintain this action pursuant to 28 U.S.C. § 1914, or to re-file a motion to
20 proceed IFP. If Plaintiff chooses to re-file an IFP motion, the motion must be filed on the
21 form captioned as Motion and Declaration Under Penalty of Perjury in Support of Motion
22 to Proceed *in Forma Pauperis*, which can be obtained from the office of the Clerk of
23 Court.[1] The form must provide all of the information requested therein. Furthermore, **IF**
24 / / / / /
25 / / / / /
26 / / / / /
27
28     [1] This is the same form Plaintiff used for his initial IFP motion, filed May 9, 2008 in this case.

1 | PLAINTIFF CHOOSES TO RE-FILE HIS IFP MOTION, HE MUST ATTACH A
2 | COPY OF THIS ORDER.
3 |     IT IS SO ORDERED.
4 |
5 | DATED: May 30, 2008
6 |
7 | _____
   M. James Lorenz
   United States District Court Judge
8 |
9 | COPY TO:
10 | HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
11 | ALL PARTIES/COUNSEL