**FILED**

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1 | Hussain D. Vahidallah Ph.D., FICPP
7505 Gayneswood way  San Diego CA 92139
2 | Tel & Fax (619) 479-4212

3 | UNITED STATES DISTRICT COURT

4 | SOUTHERN DISTRICT OF CALIFORNIA

5 |

6 | Hussain D. Vahidallah                )   Case No. 08 CV 0843 L JMA
                                         )
7 |            Plaintiff,                )   Motion for In Forma Pauperis  .
                                         )
8 |        vs.                           )
                                         )
9 | Center for Medicare and Medicaid Service-CMS  )
                                         )
10 | 7500 Security Blvd Baltimore  MD     )
                                         )
11 | 21244-1850                          )
                                         )
12 | (410) 786-0727                      )
                                         )
13 | Defendant                           )

14 | ─────────────────────────────────

15 | To the United States District Court, of Southern  California, comes now, Hussain D.Vahidallah, called "plaintiff."

16 | And  Center for Medicare called Defendant .

17 | With all my respects to the Federal  Court Plaintiff Hussain D. Vahidallah alleges: In forma pauperis  pursuant to 28

18 | U.S.C.§ 19 15 (a) . See Rodriguez v. Cook, 169 F. 3d 1176, 117(9ᵗʰ Cir.1999). Plaintiff is a low-income disabled

individual I am qualified for the Zero %.

19 |

20 | 1- Plaintiff can't pay.

2-Federal Court  build for citizen no citizen for federal court. See U.S.C § 1915 (a).

21 |

22 | 3- Thank you very much for you Justice, Hon. James Lorenz.

I declare under penalty of perjury that the above is true and correct.

23 |

24 | Hussain D. Vahidallah Ph.D., FICPP   Date 6/15/2008

25 |