# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Hussain D. Vahidallah

                V.                            **JUDGMENT IN A CIVIL CASE**

Center for Medicare and Medicaid Service - CMS

                                          **CASE NUMBER:**    08-CV-843-L (JMA)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's application for IFP status is **DENIED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

| June 18, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk

ENTERED ON June 18, 2008

08-CV-843-L (JMA)